UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-60250-CIV-SEITZ/WHITE

JOSEPH D. LONG,

    Movant,

v.

WALTER A. McNEIL,

    Respondent.

_____/

### ORDER AFFIRMING AND ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

THIS MATTER is before the Court upon the Report and Recommendation [DE-18] of the Honorable Patrick White, United States Magistrate Judge, to which no party has filed an objection. Magistrate Judge White recommends denying Petitioner's 28 U.S.C. §2254 Petition For Writ of Habeas Corpus because Petitioner's two claims of ineffective assistance of counsel were not merited. Specifically, Judge White found (1) Petitioner's trial counsel was not ineffective in failing to call three witnesses to testify because trial counsel elected to challenge the state's witnesses by way of cross-examination and argument to the jury, instead of through the testimony of the three witnesses, after conducting a proper investigation into the facts of the case; (2) Petitioner could not show prejudice from the absence of those witnesses' testimony because none would have refuted that Petitioner practiced massage therapy without a license; (3) Petitioner's trial counsel was not ineffective for failing to argue that the charges for unlawful practice of a health care profession should have been charged as misdemeanor offenses because counsel raised the issue in a bond hearing; and (4) an evidentiary hearing was not required.

After carefully reviewing, *de novo*, the record and pertinent legal authorities, the Report and

Recommendation shall be affirmed and adopted. Accordingly, it is hereby

ORDERED that:

(1) The Report and Recommendation of Magistrate Judge Patrick White [DE-18] is AFFIRMED and ADOPTED.

(2) Petitioner's Petition For Writ of Habeas Corpus under 28 U.S.C. §2254 [DE-1] is DENIED.

(3) All pending motions not otherwise ruled upon are DENIED AS MOOT and this case is CLOSED.

DONE and ORDERED in Miami, Florida, this 23rd day of March, 2010.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:
Counsel of Record/*Pro Se* Parties